# IN THE SUPREME COURT OF THE STATE OF NEVADA

LUKE HATCH,

Appellant,

vs.

KAYCE HATCH,

Respondent.

No. 83307

FILED

AUG 22 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from a decree of divorce. Seventh Judicial District Court, Lincoln County; Gary Fairman, Judge.

On May 4, 2022, this court entered an order granting respondent's unopposed motion to remand this matter to the district court, pursuant to NRAP 12A(b), so that the district court could grant respondent's motion to set aside the decree and reopen discovery. The parties were required to promptly notify this court when the district court decided the motion on remand. *Id.*

On June 8, 2022, because the parties had not communicated with this court, this court entered an order directing appellant, by July 8, 2022, to inform this court, in writing, of the status of the district court proceedings. Appellant failed to comply.

On August 8, 2022, this court entered an order directing appellant to inform this court, in writing and by August 15, 2022, of the status of the district court proceedings. This court cautioned that failure to comply could result in the imposition of sanctions, including the dismissal of this appeal.

22-26146

To date, appellant has failed to comply or otherwise communicate with this court. Accordingly, it appears that appellant has abandoned this appeal and this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.       _____, J.
Stiglich                                   Herndon

cc:    Hon. Gary Fairman, District Judge
Carolyn Worrell, Settlement Judge
Justice Law Center
Mills & Anderson Law Group
Lincoln County Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A